AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**ANDREW DUBOIS**

vs.

**SHELTON FREY, Warden;**
**ATTORNEY GENERAL OF THE STATE**
**OF ILLINOIS; and DANIEL AUTSIN, Acting**
**Warden**

Case Number: **06-1278**

**DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petition for Writ of Habeas Corpus pursuant to 28 USC Section 2254 is denied.

ENTER this 29th day of May, 2007

JOHN M. WATERS, CLERK

s/C. Lambie
BY: DEPUTY CLERK