UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANDREW DUBOIS,                )
                              )
        Petitioner,            )
                              )
   v.                          )    Case No. 06-1278
                              )
SHELTON FREY, Warden,          )
                              )
        Respondent.            )

**O R D E R**

This matter is now before the Court on a Petition for a Certificate of Appealability by Petitioner, Andrew DuBois ("DuBois"), from the denial of his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. For the reasons set forth below, the Court declines to issue a Certificate of Appealability.

**DISCUSSION**

As amended by the Antiterrorism and Effective Death Penalty Act of 1996, 28 U.S.C. § 2253 now requires a certificate of appealability in cases arising under 28 U.S.C. § 2254. A certificate may only issue if the applicant makes a substantial showing of the denial of a constitutional right, and any certificate issued must specify what claim(s) merit appellate review.

In considering whether a certificate of appealability should issue, the Court notes that in denying DuBois' § 2254 petition, the Court found that his petition was filed outside of the one-year period of limitations that governs filings under § 2254 and was fatally untimely.

Given that he has presented no claims that could be debatable among jurists of reason, DuBois has failed to make a substantial showing of the denial of a constitutional right. Having found no issue in this proceeding which warrants appellate review, this Court cannot in good faith issue a certificate of appealability for his § 2254 Petition.

## CONCLUSION

For the reasons set forth herein, the Court declines to issue a certificate of appealability, and DuBois's Petition for Issuance of a Certificate of Appealability [#22] is DENIED.

ENTERED this 16th day of October, 2007.

        s/ Michael M. Mihm
        Michael M. Mihm
        United States District Judge